United States District Court
Southern District of Texas

**ENTERED**
March 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Keith Dillingham, § | |
|    Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action H-20-879 |
| Bobby Lumpkin, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
|    Respondent. § | |

## Order of Adoption

On December 14, 2020, Magistrate Judge Peter Bray recommended that the court deny Keith Dillingham's petition for writ of habeas corpus. (12) Dillingham filed objections. (16) The court denies Dillingham's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on February 24, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge